# United States Bankruptcy Court

For The
District of Nebraska

IN RE:  PETER LEE GEAGHAN  
JAMIE ELAINE GEAGHAN  
DEBTOR(S)

CASE NUMBER  14-82106-TLS  
CLAIM NUMBER  014  
(CHAPTER 13)

## ACKNOWLEDGMENT OF CLAIM

   A claim on your behalf has been received and examined by the Trustee.  The Trustee has reviewed your claim and recorded it as follows.

   If your claim has been split between two or more classifications, this acknowledgment applies only to the portion classified as shown below.

   If the manner in which your claim has been recorded is different from the manner in which you claimed it, you should contact the Trustee in writing within 60 days at:   13930 Gold Circle, Suite 201, Omaha, NE  68144-2304
or by fax at: 402.530.1879

Account No.:  0053

NEBRASKA DEPARTMENT OF LABOR  
LEGAL COUNSEL  
PO BOX 94600  
LINCOLN, NE 68509-4600

AMOUNT: 3,048.50  
Classified as: Unsecured

**INTEREST IS PAID ON CLAIMS ONLY IF THE PLAN PROVIDES FOR IT.   UNLESS OTHERWISE PROVIDED, INTEREST IS PAID ONLY FROM CONFIRMATION AND AT THE RATE SPECIFIED IN THE PLAN.   OVER-SECURED CREDITORS CLAIMING PRE-CONFIRMATION INTEREST MUST INSURE THAT THE PLAN SPECIFICALLY PROVIDES FOR PAYMENT OF PRE-CONFIRMATION INTEREST.**

DATED: 01/20/2015

Trustee certifies that a copy of the above and foregoing Acknowledgement of Claim was mailed to the creditor named above at the address listed.

s/ Kathleen A. Laughlin  
Kathleen A. Laughlin

NEBRASKA DEPARTMENT OF LABOR  
LEGAL COUNSEL  
PO BOX 94600  
LINCOLN, NE 68509-4600

# United States Bankruptcy Court

For The
District of Nebraska

| | |
|---|---|
| IN RE: PETER LEE GEAGHAN | CASE NUMBER  14-82106-TLS |
| JAMIE ELAINE GEAGHAN | CLAIM NUMBER  016 |
| DEBTOR(S) | (CHAPTER 13) |

## ACKNOWLEDGMENT OF CLAIM

    A claim on your behalf has been received and examined by the Trustee.  The Trustee has reviewed your claim and recorded it as follows.

    If your claim has been split between two or more classifications, this acknowledgment applies only to the portion classified as shown below.

    If the manner in which your claim has been recorded is different from the manner in which you claimed it, you should contact the Trustee in writing within 60 days at:  13930 Gold Circle, Suite 201, Omaha, NE  68144-2304 or by fax at: 402.530.1879

Account No.:  2140

WEBBANK-FINGERHUT
6250 RIDGEWOOD ROAD
ST CLOUD, MN 56303

AMOUNT: 191.94
Classified as: Unsecured

**INTEREST IS PAID ON CLAIMS ONLY IF THE PLAN PROVIDES FOR IT.  UNLESS OTHERWISE PROVIDED, INTEREST IS PAID ONLY FROM CONFIRMATION AND AT THE RATE SPECIFIED IN THE PLAN.  OVER-SECURED CREDITORS CLAIMING PRE-CONFIRMATION INTEREST MUST INSURE THAT THE PLAN SPECIFICALLY PROVIDES FOR PAYMENT OF PRE-CONFIRMATION INTEREST.**

DATED: 01/20/2015

Trustee certifies that a copy of the above and foregoing Acknowledgement of Claim was mailed to the creditor named above at the address listed.

                      s/ Kathleen A. Laughlin
                      Kathleen A. Laughlin

WEBBANK-FINGERHUT
6250 RIDGEWOOD ROAD
ST CLOUD, MN 56303

# United States Bankruptcy Court

For The
District of Nebraska

| | |
|---|---|
| IN RE:  PETER LEE GEAGHAN | CASE NUMBER   14-82106-TLS |
| JAMIE ELAINE GEAGHAN | CLAIM NUMBER  017 |
| DEBTOR(S) | (CHAPTER 13) |

## ACKNOWLEDGMENT OF CLAIM

A claim on your behalf has been received and examined by the Trustee.  The Trustee has reviewed your claim and recorded it as follows.

If your claim has been split between two or more classifications, this acknowledgment applies only to the portion classified as shown below.

If the manner in which your claim has been recorded is different from the manner in which you claimed it, you should contact the Trustee in writing within 60 days at:   13930 Gold Circle, Suite 201, Omaha, NE  68144-2304 or by fax at: 402.530.1879

Account No.:  7012

WELLS FARGO DEALER SERVICES, INC
PO BOX 19657
IRVINE, CA 92623-9657

AMOUNT:                12,156.30
Classified as:          Secured

**INTEREST IS PAID ON CLAIMS ONLY IF THE PLAN PROVIDES FOR IT.   UNLESS OTHERWISE PROVIDED, INTEREST IS PAID ONLY FROM CONFIRMATION AND AT THE RATE SPECIFIED IN THE PLAN.   OVER-SECURED CREDITORS CLAIMING PRE-CONFIRMATION INTEREST MUST INSURE THAT THE PLAN SPECIFICALLY PROVIDES FOR PAYMENT OF PRE-CONFIRMATION INTEREST.**

DATED: 01/20/2015

Trustee certifies that a copy of the above and foregoing Acknowledgement of Claim was mailed to the creditor named above at the address listed.

s/ Kathleen A. Laughlin
Kathleen A. Laughlin

WELLS FARGO DEALER SERVICES, INC
PO BOX 19657
IRVINE, CA 92623-9657