IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IN THE MATTER OF: | ) BK. NO. 14-82106-TLS |
| | ) |
| PETER LEE GEAGHAN | ) CHAPTER 13 |
|     SSN: ###-##-0053 | ) |
| JAMIE ELAINE GEAGHAN | ) |
|     SSN: ###-##-3186 | ) |
| | ) |
| **Debtors.** | |

## CERTIFICATE OF FINAL PAYMENT

The Chapter 13 Trustee hereby certifies that the Debtors have completed all payments required under their confirmed Chapter 13 plan.  This case was filed after enactment of the Bankruptcy Abuse and Consumer Protection Act of 2005. <u>A Final Report shall be filed by the Chapter 13 Trustee once all outstanding checks have cleared.</u>

The undersigned certifies that a true and correct copy of this Certificate of Final Payment was mailed to the parties indicated below and served upon the debtor's attorney, RICHARD REGISTER, via the ECF system or regular mail.

    DATED:  September 26, 2016

    <u>s/ Kathleen A. Laughlin</u>
    Kathleen A. Laughlin
    Chapter 13 Trustee

PETER LEE GEAGHAN
442 E 10TH ST
FREMONT, NE 68025

JAMIE ELAINE GEAGHAN
442 E 10TH ST
FREMONT, NE 68025

RICHARD REGISTER
425 NORTH H ST
FREMONT, NE 68025